RECEIVED
IN LAKE CHARLES, LA
MAY 24 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 02 CR 20100-002 |
| | | 04 CV 0889 |
| VS. | : | JUDGE TRIMBLE |
| JOSEPH G. SHERRICK | : | MAGISTRATE JUDGE WILSON |

## ORDER

Before the Court is a "Motion for Leave to Amend 28 U.S.C. § 2255 Motion to Vacate, Set-Aside or Correct Sentence." (Doc. #86 in 1:02 CR20100-002), wherein the mover seeks to file an amendment to his 28 U.S.C. § 2255 Motion to Vacate, Set-Aside or Correct Sentence. On April 13, 2004, defendant, Joseph G. Sherrick filed a motion to vacate pursuant to 28 U.S.C. § 2255 (doc. # 59). At the hearing on April 4, 2005, Judge Patricia Minaldi granted Sherrick's motion and vacated the sentence finding merit to defendant's claim of ineffective assistance of counsel. By Minute Entry dated May 13, 2005, Judge Minaldi ordered that Sherrick's state and federal sentences run concurrently. Sherrick filed the instant motion for leave to amend on May 15, 2006.

Because this motion could have been made at the time of the first § 2255 motion, the Court is considering "recharacterization" of Sherrick's motion as a subsequent or successive § 2255 motion. However, before doing so, the Court must first inform and/or warn defendant of its intention to recharacterize said motion[1] so that he is aware that the motion will be subject to the restrictions of a second or successive motion, and allow defendant an opportunity to withdraw the

---

[1] See *Castro v. United States*, 540 U.S. 375, 124 S.Ct. 786, 792 (2003).

motion or fully comply with 28 U.S.C .§ 2255[2] regarding successive § 2255 motions. Accordingly,

**IT IS ORDERED** that defendant, Joseph G Sherrick, shall have (ten) 10 days from the date of this order to withdraw the motion. If Sherrick fails to withdraw the motion within that time period, the Court shall dismiss the motion, without prejudice and Sherrick can seek authority from the Fifth Circuit Court of Appeal to file a successive 28 U.S.C. § 2255 motion.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 24th day of May, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[2] 28 U.S.C. § 2255, in pertinent part provides:

A second or successive motion must be certified as provided in section 2244 by a panel of the appropriate court of appeals to contain—
(1) newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found the movant guilty of the offense; or
(2) a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable.