RECEIVED
IN LAKE CHARLES, LA

JUN 15 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO.2:02 CR 20100-002 |
| VS. | : | JUDGE MINALDI |
| JOSEPH G. SHERRICK | : | MAGISTRATE JUDGE WILSON |

### MEMORANDUM ORDER

Presently before the court is a "Motion for Leave to Amend 28 U.S.C. §2255 Motion to Vacate, Set Aside or Correct Sentence" [doc. 86]. On May 24, 2006, this court issued an Order notifying John G. Sherrick ("Sherrick") that this court would consider this motion as a successive §2255. Sherrick was given the opportunity to amend or withdraw the motion. He filed an "Objection" dated June 1, 2006.

This "amendment" does not modify his prior 28 U.S.C. § 2255 motion, or this court's ruling on that motion, but instead it raises new claims attacking his original sentence and claiming ineffective assistance of counsel. Accordingly, the district court is construing Sherrick's motion to amend as a successive 28 U.S.C. § 2255 motion.

IT IS ORDERED that this motion be transferred to the Fifth Circuit Court of Appeal for Sherrick to seek authorization to file. *See United States v. Rich*, 141 F.3d 550, 551-53 (5th

Cir.1998); *U.S. v. Sangs*, 2001 WL 1747884, *1 (C.A.5 (Miss. (C.A.5 (Miss.),2001).

Lake Charles, Louisiana, this  14  day of June, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE