
RECEIVED
IN LAKE CHARLES, LA
JUN 2 8 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **DOCKET NO. 2:02 CR 20100-002** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **JOSEPH G. SHERRICK** | : | **MAGISTRATE JUDGE WILSON** |

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that the Certificate of Appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

Lake Charles, Louisiana, this 28th day of June, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE